# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

National Auto Parts, Inc.

                                  Plaintiff,

v.                                                                  Case No.: 1:14–cv–08160
                                                                   Honorable Sara L. Ellis

Automart Nationwide, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2016:

       MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. Fact discovery is extended through 12/30/16. Status hearing set for 09/28/16 at 9:30 AM. Mailed notice. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.